**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20562-CR-WILLIAMS**

**UNITED STATES OF AMERICA**

**v.**

**GUILLERMO BARRERA LARA**

      **Defendant.**

_____/

### WAIVER OF RIGHT TO IN PERSON SENTENCING HEARING AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, GUILLERMO BARRERA-LARA, the above-named defendant, hereby waive my right to be present in court for my Sentencing Hearing, scheduled for November 25, 2020, and consent to proceed by video conference. In support thereof I hereby acknowledge the following:

1.     My attorney, Oscar Arroyave, has advised me that because sentencing is considered a critical proceeding in a criminal case, the Federal Rules of Criminal Procedure 32(c)(3)(C) and 43(3) guarantee me the right to have an in-person sentencing hearing.

2.     That due to the COVID-19 pandemic, the Congress of the United States enacted *The Coronavirus Relief, And Economic Security Act, Public law No. 116-136* (*the CARES ACT*) allowing Judges to conduct court hearings by video conference, but only with the consent of the accused.

3.     That I know the reason for having a video conference sentencing hearing is to protect me from contracting COVD-19 and to prevent the spread of COVID-19.

1



4.      That I have had adequate time to discuss my right to have an in person sentencing hearing with my attorney, Oscar Arroyave, and have also discussed with him the pros and cons of being sentenced by video conference as opposed to appearing in person before the Court.

5.      That I know the decision to proceed by video conference is mine and mine alone; that after consulting with my attorney, I am agreeing to proceed by video conference freely and voluntarily; that I have not been made any promises in order to get me to agree to appear by video and that I have not been forced or coerced to agree to be sentenced by video conference.

Dated this 12 day of November 2020

_____
Guillermo Barrera Lara
Defendant

This waiver was translated from English to Spanish for the client before he signed the waiver of right to in person sentencing hearing.

Respectfully Submitted,

_s/ Oscar Arrpoave_____
OSCAR ARROYAVE, ESQ.
Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2020, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Oscar Arroyave*
Oscar Arroyave, Esq.
Law Offices of Oscar Arroyave, P.A
Counsel for the Defendant
2600 S. Douglas Road, Suite 1004
Coral Gables, FL 33134
Telephone: (305)444-0022
Email: arroyavelaw@gmail.com
Florida Bar No. 0298859