UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20562-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

GUILLERMO BARRERA LARA

    Defendant.
_____/

### DEFENDANT'S STATEMENT REGARDING THE VERACITY OF THE CONTENTS OF THE SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE [ECF NO. 88]

    I, GUILLERMO BARRERA-LARA, the above-named defendant, hereby state as following:

    1.    That the Sentencing Memorandum and Motion for Downward Variance [ECF No. 88], filed in my case by my attorney, Oscar Arroyave, was translated for me to Spanish prior to being filed so that I could carefully review it for any material errors; and

    2.    That after careful review of the Spanish Translation of the Sentencing Memorandum, I hereby certify that it is true and correct to the best of my knowledge.

Dated this 20th day of November 2020

_____
Guillermo Barrera Lara, Defendant

Respectfully Submitted,

s/ Oscar Arrpoave
OSCAR ARROYAVE, ESQ.
Law Offices of Oscar Arroyave, P.A.
Counsel for Defendant
2600 S. Douglas Road, Suite 1004
Coral Gables, FL 33134
Telephone: (305)444-0022
Email: arroyavelaw@gmail.com
Florida Bar No. 0298859

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Oscar Arroyave*
OSCAR ARROYAVE, ESQ.
Florida Bar No. 0298859